KAHILI, INC., a Hawaii corporation, Plaintiff-Appellant, *v.* CLYDE K. YAMAMOTO, FRANK S. YAMAMOTO, and BISHOP TRUST COMPANY, LIMITED, a Hawaii corporation, Defendants-Appellees, and WAIALAE BOWL, INC., TROPICANA LANES, INC., BISHOP TRUST COMPANY, LIMITED, and BANK OF HAWAII, Garnishees

No. 5148

February 23, 1973

Richardson, C.J., Marumoto, Abe, Levinson and Kobayashi, JJ.

*Per Curiam.* The petition for rehearing filed on February 21, 1973 by appellant is hereby denied without argument.

*Norman H. Suzuki* for the petition.